IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **CARL DICKERSON, CAROL JEAN MAYO THOMAS, a.k.a., CAROLYN J. THOMAS, DIMA, INC., and MAYO ACADEMY, INC.**, <br><br>  Plaintiffs, <br><br> v. <br><br> **SUNTRUST BANKS, INC., and SUNTRUST BANK,** <br><br>  Defendants. <br><br> **JACK LEW, in his official capacity as Secretary of the United States Dept. of the Treasury, INTERNAL REVENUE SERVICE (IRS), as a Division or as an Agency of the United States Dept. of the Treasury, and JODIE L. PATTERSON, in her official capacity as Director of Return Integrity and Correspondence Services, Wage and Investment Division of the Internal Revenue Service,** <br><br>  Third-Party Defendants. | **CIVIL ACTION NO.: 4:14-CV-194** |

**ORDER**

This matter is before the Court on Defendants SunTrust Banks, Inc.'s and SunTrust Bank's Motion to Compel Arbitration. (Doc. 2). Defendants seek to enforce the arbitration provision included in SunTrust's Rules and Regulations for Deposit Accounts that governs the accounts identified in the foregoing action. Plaintiffs do not dispute that the claims they raised against Defendants are subject to the arbitration provision and do

not object to Defendant's motion. (Doc. 15). Plaintiffs notify the Court and Defendants of their intent to selects JAMS to serve as the arbitration administrator pursuant to the election provision contained in the arbitration agreement.

The parties are directed to prepare and submit a Consent Order for Arbitration that adheres to the applicable arbitration agreement and to the Federal Arbitration Act by no later than August 26, 2014.

**SO ORDERED**, this 12th day of August, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

aks